Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

07 NOV 26 PM 1:47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Kenneth Fox Supply, Co., on behalf of himself and all others similarly situated,

vs.

Arkansas Best Corporation, Averitt Express, Inc., Con-Way Inc., Fedex Corporation, Jevic Transportation, Inc., Sun Capital Partners IV, LLC, New England Motor Freight, Inc., Old Dominion Freight Line, Inc., R+L Carriers, Inc., Saia, Inc., United Parcel Service, Inc., and YRC Worldwide Inc.

SUMMONS IN A CIVIL ACTION
Case No. 07 CV-2166 BTM (POR)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert J. Gralewski, Jr.
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

NOV 26 2007
DATE



By _____ , Deputy Clerk

Summons in a Civil Action

PAGE 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)