EDWARD M. GERGOSIAN (105679)
ROBERT J. GRALEWSKI, JR. (196410)
CLARISSA E. RILEY (239628)
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, California 92101
Telephone:  (619) 237-9500
Facsimile:  (619) 237-9555

CAREY & DANIS, LLC
MICHAEL J. FLANNERY (SBN: 196266)
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

Attorneys for Plaintiff Kenneth Fox Supply Co.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FOX SUPPLY CO., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARKANSAS BEST CORPORATION, AVERITT EXPRESS, INC., CON-WAY INC., FEDEX CORPORATION, JEVIC TRANSPORTATION, INC., SUN CAPITAL PARTNERS IV, LLC, NEW ENGLAND MOTOR FREIGHT, INC., OLD DOMINION FREIGHT LINE, INC., R+L CARRIERS, INC., SAIA, INC., UNITED PARCEL SERVICE, INC., and YRC WORLDWIDE INC.,<br><br>Defendant. | Case No. 07 CV-2166 BTM (POR)<br><br>**CLASS ACTION**<br><br>**NOTICE OF RELATED CASES**<br><br>**JURY TRIAL DEMANDED** |

1  TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

2      PLEASE TAKE NOTICE that pursuant to Local Rule 40.1(e) and (f) of this Court,

3  Plaintiff's counsel in the above-titled litigation hereby file this Notice of Related Cases.

4  Plaintiff's counsel is unaware of any related cases that are not currently on the Judicial Panel's

5  MDL Case Listing Report and counsel has no newly-filed cases to report pursuant to Jeffery N.

6  Lüthi's October 23, 2007 letter (attached as Exhibit A). However, several of the cases on the

7  Case Listing Report are pending in the Southern District of California. Assignment of the

8  present case to the same judge and magistrate presiding over the cases pending in the Southern

9  District of California would effect a savings of judicial effort and other economies as they

10  involve many of the same defendants, events, facts, questions of law, and are based on similar

11  claims.

12      WHEREFORE, Plaintiff requests:

13      1.      That this action, *Kenneth Fox Supply Co. v. Arkansas Best Corporation*, be

14  assigned to the Honorable Roger T. Benitez and the Honorable Ruben B. Brooks, the Judge and

15  Magistrate assigned to *Farm Water Technological Services, Inc. v. Arkansas Best Corporation*

16  (Civil No. 07-1389), *Niagara Frontier Distribution, Inc. v. Arkansas Best Corp* (Civil No. 07-

17  1728), *Dad's Products Co., Inc. v. Arkansas Best Corporation* (Civil No. 07-1765), *Hitch-It,*

18  *Inc. v. Arkansas Best Corporation* (Civil No. 07-1901), *Polymerics v. Arkansas Best*

19  *Corporation* (Civil No. 07-1902), and *Don Walter Kitchen Distributors, Inc. v. Arkansas Best*

20  *Corporation* (Civil No. 07-1939), all currently pending in the Southern District of California;

21  and

22      2.      That all subsequent related actions be assigned to the Honorable Roger T.

23  Benitez and the Honorable Ruben B. Brooks.

24  //

25  //

26  //

27  //

28

1

1   DATED: November 27, 2007

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted by:

GERGOSIAN & GRALEWSKI LLP
Edward M. Gergosian
Robert J. Gralewski, Jr.
Clarissa E. Riley

_____
Robert J. Gralewski, Jr.

655 West Broadway, Suite 1410
San Diego, CA 92101

CAREY & DANIS, LLC
MICHAEL J. FLANNERY (SBN: 196266)
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

*Attorneys for Plaintiff Kenneth Fox Supply Co.*

2

NOTICE OF RELATED CASES
Case No. 07-CV-2166 BTM (POR)

**EXHIBIT A**

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: |202| 502-2800
Fax:          |202| 502-2888

October 23, 2007

ALL INVOLVED COUNSEL

Re: MDL No. 1895 -- IN RE: LTL Shipping Services Antitrust Litigation

Dear Counsel:

Recently we have received several filings with Notices/Schedules of Related Actions in the above referenced MDL Docket. Many of the schedules contain case information of which the Panel is already aware. In the future, please include only new actions on your Notices and/or Schedules. For your convenience, I have enclosed the most recent case listing report which indicates all the cases of which the Panel is currently aware.

Please review this report when preparing future notices to the Panel and only report newly filed cases on subsequent notices. Going forward, I also ask that you sort your schedule by District/Civil Action numbers rather than alphabetically. (*See* the attached report for the requested format.) This will greatly speed up the case maintenance processing at the Panel offices.

Panel Rule 5.2(a) requires that responses to motions be served on ALL parties in ALL actions. An **ORIGINAL and FOUR** copies of all pleadings, as well as a **COMPUTER READABLE DISK** of the pleading in WordPerfect for Windows format.

(d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the **"Panel Service List" shall be attached to the proof of service** and shall be supplemented in the proof of service in the event of the presence of additional parties or successor counsel.

I have attached a copy of the Panel Attorney Service list for your convenience.

If you need any assistance, do not hesitate to call the telephone number indicated above. Your assistance is greatly appreciated.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Tanisha Spinner*
Tanisha Spinner
Deputy Clerk

Enclosure

<u>**CERTIFICATE OF SERVICE**</u>

I, Johanna Cervantes, declare as follows:

I am at least 18 years of age, and not a party to this action. My business address is 655 West Broadway, Suite 1410, San Diego, California 92101.

On November 27, 2007, the following document was filed electronically with the Clerk of Court via ECF and the ECF will send an electronic notice to all parties registered for electronic filing in this case:

**NOTICE OF RELATED CASES**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 27, 2007

_____
Johanna Cervantes