EDWARD M. GERGOSIAN (105679)
ROBERT J. GRALEWSKI, JR. (196410)
CLARISSA E. RILEY (239628)
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, California 92101
Telephone: (619) 237-9500
Facsimile: (619) 237-9555

CAREY & DANIS, LLC
MICHAEL J. FLANNERY (SBN: 196266)
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

Attorneys for Plaintiff Kenneth Fox Supply Co.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FOX SUPPLY CO., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARKANSAS BEST CORPORATION, AVERITT EXPRESS, INC., CON-WAY INC., FEDEX CORPORATION, JEVIC TRANSPORTATION, INC., SUN CAPITAL PARTNERS IV, LLC, NEW ENGLAND MOTOR FREIGHT, INC., OLD DOMINION FREIGHT LINE, INC., R+L CARRIERS, INC., SAIA, INC., UNITED PARCEL SERVICE, INC., and YRC WORLDWIDE INC.,<br><br>Defendant. | Case No. 07 CV-2166 BTM (POR)<br><br>**CLASS ACTION**<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>(LOCAL RULE 40.2)<br><br>**JURY TRIAL DEMANDED** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

1. PLEASE TAKE NOTICE that pursuant to Local Rule 40.2 of this Court, counsel of record for Plaintiff Kenneth Fox Supply Co. certify that no entities other than plaintiff have a financial interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: November 27, 2007

Respectfully submitted by:

GERGOSIAN & GRALEWSKI LLP
Edward M. Gergosian
Robert J. Gralewski, Jr.
Clarissa E. Riley

_____
Robert J. Gralewski, Jr.

655 West Broadway, Suite 1410
San Diego, CA 92101

CAREY & DANIS, LLC
MICHAEL J. FLANNERY (SBN: 196266)
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

*Attorneys for Plaintiff Kenneth Fox Supply Co.*

**CERTIFICATE OF SERVICE**

I, Johanna Cervantes, declare as follows:

I am at least 18 years of age, and not a party to this action. My business address is 655 West Broadway, Suite 1410, San Diego, California 92101.

On November 27, 2007 the following document was filed electronically with the Clerk of Court via ECF and the ECF will send an electronic notice to all parties registered for electronic filing in this case:

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 27, 2007

_____
Johanna Cervantes