EDWARD M. GERGOSIAN (105679)
ROBERT J. GRALEWSKI, JR. (196410)
CLARISSA E. RILEY (239628)
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, California 92101
Telephone: (619) 237-9500
Facsimile: (619) 237-9555

CAREY & DANIS, LLC
MICHAEL J. FLANNERY (SBN: 196266)
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

Attorneys for Plaintiff Kenneth Fox Supply Co.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KENNETH FOX SUPPLY CO., on behalf of itself and all others similarly situated, | Case No. 07 CV-2166 BTM (POR) |
|---|---|
| Plaintiff, | **CLASS ACTION** |
| v. | **PLAINTIFF KENNETH FOX SUPPLY CO.'S F.R.C.P. RULE 7.1 PANEL RULE 5.3 CORPORATE DISCLOSURE STATEMENT** |
| ARKANSAS BEST CORPORATION, AVERITT EXPRESS, INC., CON-WAY INC., FEDEX CORPORATION, JEVIC TRANSPORTATION, INC., SUN CAPITAL PARTNERS IV, LLC, NEW ENGLAND MOTOR FREIGHT, INC., OLD DOMINION FREIGHT LINE, INC., R+L CARRIERS, INC., SAIA, INC., UNITED PARCEL SERVICE, INC., and YRC WORLDWIDE INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

1  Pursuant to Fed. R. Civ. Proc. 7.1 and Fed. Jud. Panel Multi-Dist. Litig. Rule 5.3,
2  Plaintiff Kenneth Fox Supply Co. discloses as of this date in the above-captioned case that it is
3  not a publicly held entity, it has no parent corporation, and no publicly traded entities own more
4  than 10% of Kenneth Fox Supply Co. These representations are made to enable the Court to
5  evaluate disqualification or recusal.

DATED: November 27, 2007        Respectfully submitted by:

GERGOSIAN & GRALEWSKI LLP
Edward M. Gergosian
Robert J. Gralewski, Jr.
Clarissa E. Riley

Robert J. Gralewski, Jr.

655 West Broadway, Suite 1410
San Diego, CA 92101

CAREY & DANIS, LLC
MICHAEL J. FLANNERY (SBN: 196266)
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

*Attorneys for Plaintiff Kenneth Fox Supply Co.*

CORPORATE DISCLOSURE STATEMENT
Case No. 07-CV-2166 BTM (POR)

**CERTIFICATE OF SERVICE**

I, Johanna Cervantes, declare as follows:

I am at least 18 years of age, and not a party to this action. My business address is 655 West Broadway, Suite 1410, San Diego, California 92101.

On November 27, 2007, the following document was filed electronically with the Clerk of Court via ECF and the ECF will send an electronic notice to all parties registered for electronic filing in this case:

**PLAINTIFF KENNETH FOX SUPPLY CO.'S F.R.C.P. RULE 7.1 PANEL RULE 5.3 CORPORATE DISCLOSURE STATEMENT**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 27, 2007

_____
Johanna Cervantes

1

CERTIFICATE OF SERVICE
Case No. 07-CV-2166 BTM (POR)