

**UNITED STATES JUDICIAL PANEL on MULTIDISTRICT LITIGATION**

IN RE: LTL SHIPPING SERVICES ANTITRUST LITIGATION

MDL No. 1895

(SEE ATTACHED SCHEDULE)      O7CV2166 BEN(RBB)

## CONDITIONAL TRANSFER ORDER (CTO-2)

On December 20, 2007, the Panel transferred 13 civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable William S. Duffey, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Duffey.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of December 20, 2007, and, with the consent of that court, assigned to the Honorable William S. Duffey, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 29 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ATTEST: A TRUE COPY
CERTIFIED THIS

FEB - 5 2008

James N. Hatten, Clerk
By: Deputy Clerk

IN RE: LTL SHIPPING SERVICES ANTITRUST
LITIGATION

MDL No. 1895

## SCHEDULE CTO-2 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN  3  07-5555          Alum-A-Lift, Inc. v. Arkansas Best Corp., et al.

CALIFORNIA SOUTHERN
  CAS  3  07-2161          Strates Enterprises, Inc. v. Arkansas Best Corp., et al.
  CAS  3  07-2162          A&A Beauty Supply, Inc. v. Arkansas Best Corp., et al.
  CAS  3  07-2166          Kenneth Fox Supply Co. v. Arkansas Best Corp., et al.

NEW JERSEY
  NJ   1  07-5611          Greenman, Inc. v. Arkansas Best Corp., et al.

IN RE: LTL SHIPPING SERVICES ANTITRUST LITIGATION

MDL No. 1895

## INVOLVED COUNSEL LIST (CTO-2)

Robert J. Gralewski Jr.
GERGOSIAN & GRALEWSKI LLP
655 W. Broadway
Suite 1410
San Diego, CA 92101

Christopher T. Micheletti
ZELLE HOFMANN VOELBEL MASON & GETTE LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

Samuel R. Miller
SIDLEY AUSTIN LLP
555 California Street
Suite 5000
San Francisco, CA 94111

Lisa J. Rodriguez
TRUJILLO RODRIGUEZ & RICHARDS LLC
8 Kings Highway West
Haddonfield, NJ 08033

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
P.O. BOX 939
ATLANTA, GEORGIA 30264

**JAMES N. HATTEN**
CLERK OF COURT

CIVIL SECTION
404-215-1655

February 19, 2008

United States District Court
Southern District of California
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, California 92101

    Re:    Your Case Nos. 3;07-1812, 3:07-1862, 3:07-1901, 3:07-1902, 3:07-1939, 3:07-2103, and 3:07-2118; also 3:07-2161, 3:07-2162, and 3:07-2166

Dear Sir.Madam:

    Enclosed please find a certified copy of two orders from the MDL Panel regarding the above-referenced cases.

    Pursuant to the MDL order, please forward these files to our office. You may send them electronically through the ECF system. If your Court is not currently using the electronic system, you may send the files in paper for inclusion in MDL #1895.

    Thank you for your attention to this matter. If you have any questions or comments, please feel free to contact me at the phone number listed on this correspondence.

                                        Sincerely,

                                        James N. Hatten
                                        Clerk of Court

                                        By: <u>Karen Thornton</u>
                                        Deputy Clerk

Enclosures